IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 14  P 12: 52

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

DARRELL M. GROSS              :

      Plaintiff                   :

v.                            :   Civil:  MJG – 01-3203

DAIMLER CHRYSLER CORPORATION, et. al.  :

      Defendants                  :

### ORDER

Upon consideration of Plaintiff's Motion to Revise the Scheduling Order herein, it is this _13th_ day of December, 2001,

ORDERED, that the Motion be and the same hereby is GRANTED, and it is further

ORDERED, that the Court adopts and approves the Revised Scheduling Order attached hereto.

_____
Marvin J. Garbis
United States District Judge

copies to:

Edward C. Bacon, Esquire
Jeannie Pittillo Kauffman, Esquire
BACON, THORNTON & PALMER, L.L.P.
4640 Forbes Boulevard, Suite 300
Lanham, MD 20706-4323
Attorneys for Plaintiff Darrell M. Gross

BACON, THORNTON
& PALMER
L.L.P.
WASHINGTON BUS PARK
SUITE 300
4640 FORBES BOULEVARD
LANHAM, MARYLAND
20706-4323
(301) 306-1981
FAX (301) 306-1988

James A. Hourihan, Esquire
Margaret E. DiPentima, Esquire
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Attorneys for Defendant DaimlerChrysler Corporation
And DaimlerChrysler Motors Corporation

BACON, THORNTON
& PALMER
L.L.P.
WASHINGTON BUS PARK
SUITE 300
4640 FORBES BOULEVARD
LANHAM, MARYLAND
20706-4323
(301) 306-1981
FAX (301) 306-1988