IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 DEC 14  P 12: 52
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

DARRELL M. GROSS

    Plaintiff

v.                                    :     Civil:  MJG – 01-3203

DAIMLER CHRYSLER CORPORATION, et. al.

    Defendants

### REVISED SCHEDULING ORDER

| | |
|---|---|
| Joint Request for early settlement/ADR conference | February 9, 2002 |
| Initial Report whether there is unanimous consent to proceed before a United States Magistrate Judge | February 9, 2002 |
| Moving for joinder of additional and amendment of Pleadings | March 12, 2002 |
| Plaintiff's 26(a)(2) Disclosures re: experts | March 29, 2002 |
| Defendants 26(a)(2) Disclosures re: experts | April 26, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | May 10, 2002 |
| Rule 26(e)(2) supplementation of disclosures and responses | May 17, 2002 |
| <u>Discovery deadline;</u><br><u>submission of status report</u> | June 10, 2002 |
| Requests for admission | June 17, 2002 |
| <u>Dispositive pretrial motions deadline</u> | July 11, 2002 |

BACON, THORNTON
& PALMER
L.L.P.
WASHINGTON BUS PARK
SUITE 300
4640 FORBES BOULEVARD
LANHAM, MARYLAND
20706-4323
(301) 306-1981
FAX (301) 306-1988



_/s/ Marvin J. Garbis_  12/13/01

Marvin J. Garbis
United States District Judge

BACON, THORNTON
& PALMER
L.L.P.
WASHINGTON BUS PARK
SUITE 300
4640 FORBES BOULEVARD
LANHAM, MARYLAND
20706-4323
(301) 306-1981
FAX (301) 306-1988