

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

DARRELL M. GROSS,          :
                           :
        Plaintiff,         :
                           :
v.                         :      Case No.: MJG 01CV3203
                           :
DAIMLERCHRYSLER CORPORATION, et al.  :
                           :
        Defendants         :

## ORDER

Upon consideration of the Consent Motion to Amend the Revised Scheduling Order, it is this 15th day of April, 2002,

ORDERED that the motion be and hereby is GRANTED; and it is further

ORDERED that the Court adopts and approves the following Amended Scheduling Order:

| | |
|---|---|
| Defendants' Rule 26(a)(2) disclosure re experts | June 26, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | July 10, 2002 |
| Rule 26(e)(2) supplementation of disclosures and responses | July 17, 2002 |
| Discovery deadline: submission of status report | August 12, 2002 |
| Requests for admission | August 19, 2002 |
| Dispositive pretrial motions deadline | September 11, 2002 |

Marvin J. Garbis
United States District Judge



\\\DC - 58376/119 - #1512435 v1

Copies to:

James A. Hourihan, Esq.
Margaret E. DiPentima, Esq.
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, DC  20004
Attorneys for Defendants DaimlerChrysler Corporation
 and DaimlerChrysler Motors Corporation

Edward C. Bacon, Esq.
Jeannie Pittillo Kauffman, Esq.
Bacon, Thornton & Palmer, L.L.P.
Capital Office Park
6411 Ivy Lane
Suite 706
Greenbelt, MD  20770-1411
Attorneys for Plaintiff Darrell M. Gross