FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 16  P 6: 54

CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

DARRELL M. GROSS :
:
:
Plaintiff :
:
v. : Civil: MJG – 01-3203
:
DAIMLER CHRYSLER CORPORATION, et. al. :
:
:
Defendants :

## ORDER

Upon consideration of Consent Motion to Revise the Scheduling Order herein, it is this **15th** day of July, 2002,

ORDERED, that the Motion be and the same hereby is GRANTED, and it is further

ORDERED, that the Court adopts and approves the Revised Scheduling Order attached hereto.

_____
Marvin J. Garbis
United States District Judge

copies to:

Edward C. Bacon, Esquire
Jeannie Pittillo Kauffman, Esquire
BACON, THORNTON & PALMER, L.L.P.
4640 Forbes Boulevard, Suite 300
Lanham, MD 20706-4323
Attorneys for Plaintiff Darrell M. Gross

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 306
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075