IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

DARRELL M. GROSS                    :

    Plaintiff                      :

    v.                             :   Civil:  MJG – 01-3203

DAIMLER CHRYSLER CORPORATION, et. al.  :

    Defendants                     :

## REVISED SCHEDULING ORDER

| | |
|---|---|
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | September 9, 2002 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 16, 2002 |
| Discovery deadline; submission of status report | October 11, 2002 |
| Requests for admission | October 18, 2002 |
| Dispositive pretrial motions deadline | November 11, 2002 |

                        Marvin J. Garbis
                        United States District Judge

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 706
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075