

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

DARRELL M. GROSS,                                    :

        Plaintiff,                                :

                                                  :

v.                                                   :    Case No.:  MJG 01CV3203

                                                  :

DAIMLERCHRYSLER CORPORATION, et al.                  :

        Defendants                                :

### STIPULATED PROTECTIVE ORDER

It is hereby stipulated and agreed by and between the respective parties hereto and their counsel, and ordered by the Court, that materials and information produced by Defendant DaimlerChrysler Corporation in this matter for discovery and inspection are subject to the following terms, restrictions and conditions:

1.     In responding to written discovery, DaimlerChrysler Corporation may designate as confidential any portion of its responses or documents produced that contain trade secrets or other confidential research, development, or commercial information or that is otherwise considered confidential under applicable law.  Testimony and other information based upon documents so designated shall be considered confidential and subject to this protective order.

2.     In the event that any party to this agreement disagrees with DaimlerChrysler Corporation's designation of any item as confidential and subject to this protective order, that



\\\DC - 58376/0119 - 1610721 v1

party shall send a written notice to counsel of record for DaimlerChrysler Corporation specifying the item(s) in question. If an agreement cannot be reached concerning the confidentiality of the item(s), DaimlerChrysler Corporation shall timely file a motion with the Court seeking a determination that the item(s) is in fact subject to this protective order. Any item(s) in dispute shall continue to be treated as confidential and subject to this protective order until such time as the Court rules that it is not.

3.    Any documents or information subject to this protective order shall be disclosed only to counsel of record in this action, or only to individuals certified by such counsel as employed by or assisting counsel in preparation for, or at the trial of this action.

4.    Any documents or information subject to this protective order shall be used only for the purpose of prosecuting this action.

5.    Any person or firm to whom such documents or information contained therein is to be disclosed shall first be advised by counsel making the disclosure that, pursuant to this protective order, such person or firm may not divulge any such information to any other person.

6.    In the event that any document or the information contained therein is included with, or the contents thereof are in any way disclosed, in any pleading, motion or other paper filed with the Clerk of this Court, such confidential document or information shall be kept confidential and under seal by the Clerk until further order of the Court. Upon good cause shown, the Court may order that the use of any such document or of information contained therein and any testimony associated with the confidential information contained therein shall be

held *in camera*. Nothing in this Protective Order shall prevent any confidential document from being proffered as an exhibit at the trial of this matter. Issues regarding admissibility of any document shall be reserved.

7. The production of such documents or information by DaimlerChrysler Corporation shall not constitute a waiver of any privilege or other claim or right of withholding or confidentiality that it may have.

8. Upon the termination of this action, all copies of documents subject to this protective order that are furnished by DaimlerChrysler Corporation to Plaintiff or any other party to this action, together with all originals and copies of notes, sketches, data, compilations, extracts, and reproductions furnished by DaimlerChrysler Corporation, shall be returned to counsel for DaimlerChrysler Corporation, together with a letter that all documents and copies of such documents that were provided by DaimlerChrysler Corporation have been returned to DaimlerChrysler Corporation. In the event that a third party retains copies in violation of this protective order, opposing counsel will provide counsel for DaimlerChrysler Corporation with the name and address of all such third parties.

ENTERED this __3rd__ day of __October__, 2002.

_____
U.S. District Court Judge

**STIPULATED AND AGREED TO**:

Attorney for Plaintiff

By: _____

Edward C. Bacon (Bar No. 01256)
Jeannie P. Kauffman (Bar No. 14600)
Capital Office Park
6411 Ivy Lane, Suite #706
Greenbelt, MD 20770
Phone:  (301) 345-7001
Fax:    (301) 345-7075

Attorney for Defendant
DaimlerChrysler Corporation

By: _____

James A. Hourihan (Bar No. 02704)
Margaret E. DiPentima (Bar No. 26027)
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone:  (202) 637-5600
Fax:    (202) 637-5910

4