IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

DARRELL M. GROSS

  Plaintiff

v.                                              Civil: MJG – 01-3203

DAIMLER CHRYSLER CORPORATION, et. al.

  Defendants

### CONSENT TO REVISE SCHEDULING ORDER

The parties hereto, undersigned counsel, have reached an agreement pertaining to the Motion to Extend the Scheduling Order filed herein by the Plaintiff, with both parties now agreeing to revise the Scheduling Order by consent.

_____
Edward C. Bacon #01256
Jeannie Pittillo Kauffman #14600
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770
301-345-7001
Attorneys for Plaintiff Darrell M. Gross

_____
James A. Hourihan
Margaret E. DiPentima
Hogan & Hartson, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
202-637-3667
Attorneys for Defendant
DaimlerChrysler Corporation and
    DaimlerChrysler Motors Corporation

Approved this 22nd day of October 2002

_____
Marvin J. Garbis
United States District Judge