IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

DARRELL M. GROSS

    Plaintiff

v.     Civil: MJG – 01-3203

DAIMLER CHRYSLER CORPORATION, et. al.

    Defendants

## ORDER

Upon consideration of Consent Motion to Revise the Scheduling Order herein, it is this 22nd day of October, 2002,

ORDERED, that the Motion be and the same hereby is GRANTED, and it is further

ORDERED, that the Court adopts and approves the Revised Scheduling Order attached hereto.

_____
Marvin J. Garbis
United States District Judge

copies to:

Edward C. Bacon, Esquire
Jeannie Pittillo Kauffman, Esquire
BACON, THORNTON & PALMER, L.L.P.
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770
Attorneys for Plaintiff Darrell M. Gross

CON, THORNTON
& PALMER
L.L.P.
APITAL OFFICE PARK
6411 IVY LANE
SUITE 706
EENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075

James A. Hourihan, Esquire
Margaret E. DiPentima, Esquire
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Attorneys for Defendant DaimlerChrysler Corporation
And DaimlerChrysler Motors Corporation

.CON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 706
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075