IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

DARRELL M. GROSS

    Plaintiff

v.                                                                Civil: MJG – 01-3203

DAIMLER CHRYSLER CORPORATION, et. al.

    Defendants

## REVISED SCHEDULING ORDER

| | |
|---|---|
| Discovery deadline; submission of status report | December 11, 2002 |
| Requests for admission | December 18, 2002 |
| Dispositive pretrial motions deadline | January 11, 2003 |

So Ordered,

_____
Marvin J. Garbis
United States District Judge

CON, THORNTON
& PALMER
L.L.P.
APITAL OFFICE PARK
6411 IVY LANE
SUITE 706
EENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075