FILED
U.S. DISTRICT COURT
2003 JAN 23 P 3: 42
AT BALTIMORE
_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## Northern Division

DARRELL M. GROSS              :

    Plaintiff                            :

    v.                                      :      Civil: MJG – 01-3203

DAIMLER CHRYSLER CORPORATION, et. al. :

    Defendants                         :

## ORDER

Upon Consideration of the Consent Motion of Plaintiff, Darrell M. Gross, for Leave to Extend the Time for Plaintiff's Filing of Oppositions to Defendant's Motion For Summary Judgment; Motion to Exclude the Opinion Testimony of Expert Witnesses; and Motion for Dismissal or Sanctions for Spoliation of Evidence, it is this _22nd_ day of _January_, 2003;

ORDERED, that the motion be and the same hereby is granted; and it is further

ORDERED, that the time for the filing of oppositions by Plaintiff to the aforesaid motions be and the same hereby is extended up to and including February 10, 2003.

_____
Marvin J. Garbis,
United States District Court Judge

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 706
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075

Copies to:

Edward C. Bacon #01256
Jeannie Pittillo Kauffman #14600
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411
Attorneys for Plaintiff Darrell M. Gross

James A. Hourihan
Margaret E. DiPentima
Hogan & Hartson, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Attorneys for Defendant DaimlerChrysler Corporation
And DaimlerChrysler Motors Corporation

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 706
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075