UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

DARRELL M. GROSS,　　　　　　　　　　　　　:

    Plaintiff,　　　　　　　　　　　　　　　　　　　　:

    v.　　　　　　　　　　　　　　　　　　　　　　　:　　Case No.: MJG 01CV3203

DAIMLERCHRYSLER CORPORATION, et al.　　:

    Defendants　　　　　　　　　　　　　　　　　:

### ORDER

Upon consideration of the Consent Motion to For Extension of Time, it is this 3rd day of March, 2003,

ORDERED that the motion be and hereby is GRANTED; and it is further

ORDERED that the time for filing of reply briefs by defendant DaimlerChrysler Corporation is extended up to and including March 17, 2003.

_____
Marvin J. Garbis
United States District Judge

\\\DC - 58376/0119 - 1688476 v1