### SUPPLEMENTAL DECLARATION OF ROBERT D. BANTA

I, ROBERT D. BANTA, declare:

1.  I am offering this declaration as a supplement to the declaration filed along with DaimlerChrysler Corporation's Motion For Sanctions For Spoliation of Evidence and its Motion to Exclude the Opinion Testimony of Richard J. Roby, Christopher Schemel and Jamie Ferrino.

2.  Over the course of my employment with DaimlerChrysler Corporation and its predecessors, I have investigated approximately 2500 vehicle fires.

3.  It is commonly accepted within the community of fire investigators that it is extremely difficult to make a proper cause and origin determination without including a personal detailed inspection of the fire scene or, in the case of a vehicle fire, of the burned vehicle.

4.  Fire investigators do not routinely rely on second-hand observations of others as their primary source of information about a fire. Fire investigators do rely on the observations of others in conjunction with information gathered through personal observation and study of the scene and the vehicle.

5.  Fire investigators routinely rely on information gathered through the senses of sight, smell, and touch to help them draw conclusions about the cause and origin of a fire.

6.  DaimlerChrysler Corporation uses the same basic wiring harness design techniques in all of its vehicles. DaimlerChrysler Corporation uses "bundled" wiring harnesses in each and every one of its vehicles. There are no DaimlerChrysler Corporation vehicles that do not have numerous wiring harnesses with a design similar to the instrument panel wiring harness in the Gross vehicle.

7.  In model year 1995 alone, DaimlerChrysler Corporation built over 2,310,000

vehicles with two or more wiring harnesses built to the same design specifications at the instrument panel wiring harness in the Gross vehicle. At least 280,000 of those vehicles were LH-body vehicles like the Dodge Intrepid.

8. I am not aware of any automobile manufacturer that uses a different wiring harness design.

9. It is my belief and understanding that virtually every vehicle on the road today uses at least one wiring harness of a design identical or similar to the design of the instrument panel wiring harness in the Gross vehicle.

10. As DaimlerChrysler Corporation's principal vehicle fire investigator, any complaint of a fire originating in a wiring harness would come to my attention.

11. I am not aware of a single instance where a fire was alleged to have started in a DaimlerChrysler Corporation vehicle or wiring harness because of the manner in which the wires in one of the vehicle's wiring harnesses were bundled or bound together.

12. I am not aware of any instances in which a fire was alleged to have started in any manufacturer's vehicle or wiring harness because of the manner in which the wires in one of the vehicle's wiring harnesses were bundled or bound together.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2003.

_____
Robert D. Banta