1

| | |
|---|---|
| 1   DARRELL M. GROSS,<br>            Plaintiff | UNITED STATES<br>DISTRICT COURT<br>FOR THE DISTRICT |
| 2       vs.<br>DAIMLERCHRYSLER CORPORATION, | OF MARYLAND<br>Northern Division |
| 3   et al.,<br>            Defendants | CASE NUMBER<br>MJG 01CV3203 |

4   _____/

5

6           The videotaped deposition of

7   CHRISTOPHER F. SCHEMEL, P.E., Ph.D., was taken on

8   Wednesday, May 15, 2002, commencing at 9:56 a.m.,

9   at Combustion Science & Engineering, Inc., 8940

10  Old Annapolis Road, Suite L, Columbia, Maryland,

11  before Deborah K. Wilkins, Notary Public.

12

13  APPEARANCES:

14              Edward C. Bacon, Esquire
                  On behalf of Plaintiff
15
                James A. Hourihan, Esquire
16              Margaret DiPentima, Esquire
                  On behalf of Defendants

17

18

19

20  Videographer:  Dudley Hale

21  Reported by:  Deborah K. Wilkins, RPR


               GORE BROS. REPORTING & VIDEO CO.
          115 W. Mulberry Street, Baltimore, MD 21201
                        410-837-3027

1   and processing engineering viewpoint would you be
2   dealing with?
3       A.   A lot of that stuff would be what
4   we refer to as sensitive information, so to give
5   you specifics on the process would be something
6   I'm not prepared to do.
7       Q.   I would understand if you didn't give me
8   specifics.  Just give me kind of an overview.
9       A.   Mainly, a facility you would evaluate is
10  top to bottom, anything from electrical fire
11  hazards through chemical hazards through exposure
12  hazards of one facility to another facility,
13  anything that you saw, that was the top to the
14  bottom fire hazard analysis job.
15      Q.   Your specific function would be to look
16  at it from a chem engineering standpoint, the
17  processing of the chemicals?
18      A.   Right.  But also in addition to that you
19  would have -- you know, when you look at a
20  chemical engineering process or any sort of
21  process, electricity, and powering that process is

1    a fundamental element of it, so understanding the
2    way that electricity, electrical power interfaces
3    with the chemical process and interfaces with all
4    of the equipment that is necessary to move the
5    pump, to blow, to do whatever you need to do to a
6    process was fundamental in that, yeah.
7         Q.    Were you directly involved in any -- in
8    the investigation of any electrical fires at the
9    Savannah River project?
10        A.    Not at Savannah River, no.
11        Q.    In 1996, then, you left?
12        A.    I take that back.  Actually I did do a
13   survey of prior fires that were done there, and
14   many of the fires that they had at that site were
15   said to be electrical in nature, and I had done
16   investigations into previous fires for risk
17   assessments based on cost benefit-type analyses,
18   you know, looking at the history of fires and the
19   type of fires that were experienced in different
20   facilities.
21        Q.    But you didn't investigate the fire

```
 1      A.      Waste.
 2      Q.      Now, when you came to Baltimore -- that
 3   would be in 1996, correct?
 4      A.      Correct.
 5      Q.      What was your grade or job description?
 6      A.      Basically, still staff level engineer.
 7      Q.      Would you again be a junior engineer?
 8      A.      I believe Hughes actually differentiated
 9   between junior staff and senior.  I am not sure of
10   that.
11      Q.      For the three years that you were there,
12   why don't you just generally describe for me the
13   work that you did.
14      A.      It's pretty much laid out as it is on
15   there. We looked at -- I did a good chunk of work
16   still for the Department of Energy at Rocky Flats,
17   near Boulder, Colorado.
18      Q.      Were you stationed out there or did you
19   do your work out of Baltimore?
20      A.      I would travel out there, and as far
21   as -- there was a rotating position that we would
```