1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
2                       NORTHERN DIVISION

3    DARRELL M. GROSS,

4            Plaintiff

5        vs.                           Case No.

6    DAIMLER CHRYSLER CORPORATION,     MJG 01CV3203
     et al.,
7            Defendants

8    _____/

9            The deposition of RICHARD J. ROBY, P.E.,

10   PH.D. was held on Tuesday, May 28, 2002, commencing at

11   9:56 a.m., at the Offices of Combustion Science &

12   Engineering, Inc., 8940 Old Annapolis Road, Suite L,

13   Columbia, Maryland 21045-2129, before Marianne R.

14   Hewitt, Notary Public.

15

16   APPEARANCES:

17            EDWARD C. BACON, ESQUIRE
                 On behalf of Plaintiff
18
              JAMES A. HOURIHAN, ESQUIRE
19               On behalf of Defendants

20

21   REPORTED BY:  Marianne R. Hewitt

66

1    vehicle?

2         A      Just to refresh my memory about several of

3    the conditions, placement, condition of vehicle, the

4    fire damage.

5         Q      Was the car taken out of the storage

6    facility?

7         A      No.

8         Q      All right.  And so you didn't jack it up

9    or put it on a lift or anything like that.

10        A      No.

11        Q      Looked at it at the facility.

12        A      Correct.

13        Q      How long were you there?

14        A      Probably an hour.

15        Q      In preparation for this deposition besides

16   looking at the vehicle, what else have you done?

17        A      Re-read many of the documents associated

18   with the case, re-inspected the materials that we have

19   here including the electrical system components and

20   other components of the vehicle that we have here, the

21   fuel system components, et cetera.

1    Mr. Bacon and his co-counsel.

2        Q     Okay.  And that was in preparation for

3    this deposition.

4        A     Not just in preparation for this

5    deposition, that was to answer questions and provide

6    him with additional information.

7        Q     Okay.  What was the origin of the fire in

8    this case?

9        A     The origin was in the under hood area in

10   what I would call the back right quadrant under the

11   hood.

12       Q     And specifically where?

13       A     In the area around where the HVAC control

14   unit was.

15       Q     Well, what component or components

16   specifically was where the origin of the fire was?

17       A     I cannot tell you a specific component.

18   The damage was substantial to many of the components

19   there, not leaving sufficient evidence to determine

20   which one may have been or which ones may have been

21   involved in the cause of the fire.

1      Q      How many components are in the area that

2  you're talking about which you've identified as the

3  origin of the fire?

4      A      There are a number of components.  It

5  primarily is the HVAC control system but the other

6  thing that's in that area is a wiring harness that has

7  electrical wiring for a substantial number of the

8  subsystems.

9      Q      Have you personally examined any circuit

10 diagrams that relate or wiring diagrams that relate to

11 the wiring harnesses on this vehicle?

12     A      Yes, I have on many occasions.

13     Q      You said that it's in the area of the

14 wiring harness, what wiring harness are you talking

15 about specifically?

16     A      There is a primary wiring harness that

17 basically comes from the fuse panel which is over at

18 the door at the A pillar, comes across the front side

19 of the dashboard and over into the right rear quadrant

20 of the under hood area.  And it is in my mind the

21 primary wiring harness.

1          There is also another wiring harness that

2   runs around the front edge of the engine compartment

3   that was relatively undamaged in the fire.

4      Q     All right.  For purposes of our discussion

5   and it's in your report you refer to a firewall in the

6   vehicle.

7      A     Correct.

8      Q     All right.  The wiring harness that you're

9   talking about, is that on the engine side of the

10  firewall or is it on the passenger side of the

11  firewall?

12     A     I believe that that -- as I sit here it's

13  kind of hard to say.  I mean firewall is a little bit

14  of a misnomer, as you probably are aware.

15          For many years, in fact, the industry does

16  not particularly like that term anymore because it is

17  not truly a firewall.  It's got penetrations in it in

18  numerous places.

19     Q     Well, I said put that aside.  Just tell me

20  what side of that partition was the harness?

21     A     It starts on one side and ends on the

1    other side.

2    Q    Where does it start?

3    A    Well, it starts coming off the fuse box

4    which is at the A pillar by the door, by the driver's

5    side door right up, essentially as the driver sits

6    there it would be about at the driver's left hand.

7    Q    All right.  And where does the harness go?

8    A    It goes across the front of the dash and

9    comes out into the area where the HVAC system is.

10    Q    When you say it comes across the front

11    part of the dash, you're talking about on the

12    passenger side of the firewall; is that correct?  If

13    you know.

14    A    Again, I think it crosses over at a point

15    in there so it's hard for me to -- it's on both sides

16    depending on where you are.  It starts on one side, it

17    finishes on the other side.  So at different points

18    it's both on the passenger side and on the engine side

19    of that barrier.

20    Q    Well, you said you studied these wiring

21    diagrams on a number of occasions.  Tell me as the

1    wires exit from the fuse box are they bundled?  Is

2    this harness bundled, do you know?

3         A    It at some point -- well, it has -- it's

4    both wrapped at places and it goes through a channel,

5    a plastic channel that keeps it bundled.

6         Q    Well, when it begins at the fuse box at

7    the A pillar, which you described, when it exits there

8    is it on the engine side or is it on the passenger

9    side?

10        A    As I sit here I don't specifically recall.

11        Q    All right.  But you recall that the wire

12   is coming off of the fuse box in a bundle; is that

13   correct?  It becomes the harness that you're talking

14   about.

15        A    It certainly is bundled in the area that

16   I'm talking about.

17        Q    I'm talking about back at the fuse box

18   now.

19        A    I don't know specifically recall.

20        Q    Well, how do you know that even if the

21   wire is coming out of that fuse box area or what

1    you're talking about over at this harness?

2        A    Because you can follow the wires.

3        Q    Well, that's what I'm trying to get from

4    you.  Did you follow the wires back to the fuse box?

5        A    I followed the wires from the fuse box all

6    the way out to the wiring harness, yes.

7        Q    All right.  And were those wires on the

8    passenger side of the firewall or --

9        A    I don't specifically recollect, and I'll

10   answer that the same way the third time you ask me it.

11       Q    When you said that there was a wiring

12   harness by the air conditioning/heater area --

13       A    Yes.

14       Q    -- is that -- and when you described the

15   origin of the fire, is that on the passenger side or

16   is it on the engine side?

17       A    I don't understand your question.

18       Q    This heating/air conditioning element that

19   you're talking about, that component that you

20   described earlier.

21       A    It's a series of components and again it

1    is this wiring harness that shows the significant

2    overheating?

3        A    I believe this piece, if I'm seeing

4    correctly, this is a very close-up picture that's

5    there to focus on actually the melt.

6            I believe that the black char around there

7    is part of the channel that the wiring harness runs

8    through for part of its run.  There's a plastic

9    channel.

10       Q    Where is it located within the vehicle?

11       A    I believe it sits up in the dash area, I'm

12   not sure exactly at that point whether it's under the

13   dash or in the engine compartment.

14       Q    Did you go out and look at the vehicle to

15   visualize it before they cut the pieces out?

16       A    No, they were not able to even see this

17   until they took the whole dash out.  That was the

18   reason why we went back multiple times because we

19   wanted to understand all the possibilities before we

20   had to go to the extent of actually removing the dash.

21       Q    What side of the firewall was this harness

82

1    before it was taken out of the vehicle?

2        A    I don't specifically recall.

3        Q    You don't know whether it's a passenger

4    side or the engine side; is that true?

5        A    Not as I sit here.

6        Q    Have you ever asked anybody where it came

7    from?

8        A    Sure.

9        Q    What did they tell you?

10       A    I don't recall.

11       Q    That's not important.

12       A    It was not particularly important to me in

13   this instance, no.

14       Q    Is it important to you now to know where

15   it was located?

16       A    No, because I don't believe that this is

17   actually where the fire started.  It's indicative of

18   an overheat that lead to the fire but the fire clearly

19   started in the engine compartment.

20       Q    Well, do you know what circuitry was

21   involved with the components where the fire started in

1      Q      The black portion of this photograph, what

2  is that depicting?

3      A      I believe that that is, as I told you

4  before, I think that that was part of a channel that

5  the wiring went through for part of its run that you

6  can see in the discoloration in the black char there.

7      Q      And is that black charring as a result of

8  fire or just how did it get that condition?

9      A      It certainly is as a result of overheat.

10  Whether it was fire or hot gas damage, I can't say for

11  certain.

12      Q      Would you be able to tell if you knew

13  where it was located specifically within the vehicle?

14      A      No.

15      Q      The photograph shows an area where the

16  black charring, seems to me, had been removed.  Was

17  that done by your people?

18      A      I'm not sure what you're talking about.

19      Q      Well, you see the black charring, it has

20  edges.

21      A      Yes.

1    compartment over to I think what would be called the

2    ECM or the engine control unit.

3              There are a number of other wiring

4    harnesses to go to subsystems like for passenger

5    lighting, the rear taillighting, the doors which had

6    electric locks.

7         Q    Does the one that you described as running

8    along the engine compartment have its own fuse box or

9    is there only one fuse box on the A pillar?

10        A    Well, according to the wiring diagram

11   there is a second fuse box, but it was apparently so

12   badly damaged in the fire that we were not able to

13   identify it.

14        Q    Well, do you know whether or not the

15   components that were in on the engine side of the

16   firewall that you identify as the origin of the fire,

17   whether those circuits were controlled by the fuse box

18   that was destroyed as opposed to the fuse box which

19   was on the left side of the door of the A pillar?

20        A    I'm not sure what you're asking, because I

21   haven't identified any specific components that were

1    destroyed.

2         Q    I'm talking about the ones that you -- you

3    claim that the fire started in an area in the engine

4    compartment in components; is that correct?

5              MR. BACON:  Objection.

6              THE WITNESS:  In some kind of electrical

7    components, yes.

8    BY MR. HOURIHAN:

9         Q    All right, in some kind.  And it was what,

10   the lower part of the engine compartment; is that

11   correct?

12        A    I don't believe I ever said that.

13        Q    Well, I'm asking you then where is it?

14        A    I don't believe that that was determined

15   from the investigation.  There was clearly low burning

16   in the engine compartment as a result of the fact that

17   the tires were ignited sometime during the fire.  So

18   that tells us that we had flame all the way down to

19   the ground.  That's confirmed --

20        Q    Well --

21        A    Let me finish, please.

1       Q       Go ahead.

2       A       That's confirmed by the arriving

3  firefighters and the other witnesses who described the

4  tires burning.

5               So we know that we had low burning so that

6  would have destroyed any evidence that would have

7  allowed us based on fire patterns to determine whether

8  the fire started high up or low down in that area.

9       Q       All right.  So you don't know whether it

10  started high up or low down in that area where you

11  identified the origin; is that correct?

12      A       Not specifically, it was indeterminate.

13      Q       You say not specifically.  You can't tell

14  me based upon reasonable engineering probability

15  whether the fire started low or started high in the

16  area that you identify as the point of origin.

17      A       I can tell you that there was some low

18  burning in the area but also a lot of high burning.

19              There was some components that were

20  further away from the tire low down that show lack of

21  burning low down.

1    So a significant portion of burning was

2 high up in the vehicle but over in the area where the

3 tire was, the tire burning wipes out any evidence of

4 whether in that area there was just low burning, low

5 burning or high burning or both.

6    MR. HOURIHAN:  Read my question back.

7 Would you please answer the question I've asked.

8    THE WITNESS:  I've answered every question

9 you've asked.

10    MR. BACON:  He's answered the question.

11    MR. HOURIHAN:  Read it back, please.

12    THE WITNESS:  You don't have to like the

13 answers but --

14    MR. HOURIHAN:  That's not the question.

15 BY MR. HOURIHAN:

16    Q    I want my question answered.  I asked you

17 specifically, I said you cannot tell whether the point

18 of origin of this fire was high up or low down.

19    A    I believe I answered that question.  The

20 question is there is evidence to suggest that if it

21 started over by the tire I can't tell for sure, but

1    there's evidence that the bulk of the fire was high up

2    in the area.

3        Q    That's not my question.

4             MR. HOURIHAN:  Read my question back.

5             (Record read by the reporter.)

6             THE WITNESS:  Incorrect.

7    BY MR. HOURIHAN:

8        Q    Well, you're saying that you have an

9    opinion based upon reasonable engineering probability

10   that as to what the point of origin was whether it was

11   high or whether it was low?

12       A    The area of origin was if it was close to

13   the tire could have been low, but there is substantial

14   evidence actually high up that shows that most of the

15   burning occurred higher up because there's not low

16   damage away from the tire in the vehicle.

17       Q    I'm asking you do you have an opinion

18   based upon reasonable engineering probability whether

19   or not this fire started high up in the rear portion

20   of the engine compartment?

21       A    In my opinion it likely did, but I can't

1    say that with certainty.

2         Q    All right.  So you can't tell me based

3    upon reasonable engineering probability.

4         A    I can tell you more likely than not, but I

5    cannot tell you with certainty for the reasons that I

6    have told you about five times now.

7         Q    All right.  So that you're saying that the

8    point of origin of the fire was in the upper portion

9    of the rear of the engine compartment as opposed to

10   the lower portion of the rear of the engine

11   compartment; is that right?

12        A    More likely than not.

13        Q    Okay, all right.  Well, that's what I'm

14   trying to establish.

15             And tell me what components are in that

16   area that could have ignited the fire?

17        A    Well, we start with the wiring harness,

18   the HVAC control system is in that area.

19        Q    Anything else?

20        A    Those are the first two that come to mind.

21        Q    Are you saying that the wiring harness

1    itself ignited and caused the fire?

2        A    I think that's certainly a possibility.

3        Q    Well, can you say based upon reasonable

4    engineering probability that the wiring harness would

5    -- let me back up a minute.

6             Is it your opinion that the wiring harness

7    that we're seeing in these photographs is on the

8    engine side of the firewall?

9        A    I don't believe I said that, no.

10       Q    I'm asking you.

11       A    What we see in the photographs, I believe

12   I told you before, as I sit here I can't tell you

13   specifically where this part of the harness is.

14       Q    Well, when you said that the wiring

15   harness could have caused the fire, what wiring

16   harness are you talking about?

17       A    The primary wiring harness we've been

18   talking about that comes out of the A pillar, goes

19   across the front dash area and into the engine

20   compartment.

21       Q    It goes into the engine compartment you're

108

1    and you look at the wires, can you tell then?

2        A    I think I'd have to go back and look at

3    the documentation in order to determine that.

4        Q    All right.  Do you know whether or not the

5    HVAC -- is the HVAC components that you're referring

6    to in the upper part of the engine compartment, the

7    rear or the lower part?

8        A    My recollection is that there are multiple

9    components and that they sit in a range of areas.  I'm

10   not quite sure how to answer that question.

11       Q    Well, what components sit in what areas?

12       A    I can't tell you as I sit here.  We could

13   look at the exemplar, as I'm sure you have, and show

14   exactly where they are and we'd have this problem.

15       Q    Well, what components were in the upper

16   area that you have targeted as the potential origin of

17   the fire?

18       A    I have not targeted a specific component,

19   and if you ask me a fourth time I'll still tell you I

20   haven't targeted a specific component.

21       Q    Well, what about components that sit in

110

1    Q    Well, I'm talking about as far as in

2  figure two.  Let's take it one, let's start with one.

3         Is there any evidence that there was

4  ignition or fire as a result of this overheating on

5  the wire where you see the overheating?

6    A    Not in figure one, not that we could see,

7  no.  That was under the headliner and there was no

8  evidence, in fact, that there was fire in that area.

9    Q    Do you have an opinion based upon

10 reasonable engineering probability as to what the

11 cause of the fire was?

12   A    I believe it was a defect in the

13 electrical system.

14   Q    Where was the defect?

15   A    I don't know the specific component.

16   Q    Well, is it your opinion that because you

17 see the bubbling that you're assuming therefore that

18 it caused a fire from some defect in the engine

19 compartment at the upper rear, is that what you're

20 saying?

21   A    No.

1  area, correct.

2      Q    Explain to me, Doctor, how the overheating

3  of a wire within the electrical system of this

4  vehicle, how that overheating caused a fire in a

5  component based upon your theory of how the fire

6  started?

7          MR. BACON:  Objection.  Go ahead.

8          THE WITNESS:  I didn't necessarily say it

9  caused it in a component unless you consider the wire

10 in itself a component, which I do, but there are two

11 ways that evidence of overheat can be indicative of an

12 electrical component causing a fire.

13         We certainly have direct evidence and we

14 provided you with the research of that, the

15 independent research that shows that overheating of a

16 wire ultimately leads to degradation of the

17 insulation, the insulation itself is combustible, it

18 gets gasified and it can be ignited.

19         There is innumerable papers in the

20 literature about wire bundles and large groups of

21 wiring and the substantial fire hazards that they

1    present in any circumstance because of the insulation.

2         Secondly, a component itself that is

3    failing can draw an overcurrent as it fails and, in

4    fact, for example, a motor in its windings can

5    overheat and it has to draw that through the circuit

6    that's powering that and that would also show evidence

7    of an overheat in the wiring as well.

8    BY MR. HOURIHAN:

9         Q    I want to know specifically in this case

10   how the fire was started in whatever component, how it

11   was started in this car?

12        A    In my opinion to a reasonable degree of

13   engineering certainty there was an overcurrent in one

14   of the electrical components that produced sufficient

15   heat, and we've done an analysis of what that heat is,

16   to start combustible components in the vicinity of

17   that, and that resulted in ignition and spread of the

18   fire ultimately.

19        Q    So it's your opinion that there was an

20   overcurrent in a single wire or multiple wires or how

21   many?

124

Q      Can you say that based upon reasonable engineering probability that what caused the bubbling in figure one is the same cause of the fire that occurred, in your opinion, in the engine compartment?

A      It's my opinion that that taken with the other evidence that we presented to you in our report is proof to a reasonable degree of engineering certainty that this fire was caused by an electrical malfunction in this vehicle.

Q      All right.  That was not my question. From this figure alone, figure one, that you cannot say based upon reasonable engineering probability that the fire which you believe occurred in the engine compartment was caused by the same defect that caused the bubbling in figure one?

A      In figure one.

Q      In figure one.

A      The same kind of defect, yes.  The same defect, no.

Q      Okay.  Now let's look at figure two.  By the way, with that answer are you rendering an opinion

1    that there are multiple defects that caused the fire

2    or was it just a single one?

3            A      I believe that I've said that there is a

4    defect in the electrical system that I cannot identify

5    a specific component of that was responsible for this

6    fire.

7            Q      Okay.  So you don't know whether it's one

8    or multiple.

9            A      It certainly could have been multiple.

10           Q      All right.  What about now in figure two,

11   this is again internal overheating.

12           A      Yes.

13           Q      And is this the harness that's the black

14   area that we're looking at?

15           A      I believe that black area is part of a

16   conduit that the harness ran through.

17           Q      Okay.  You were describing for me earlier

18   that there were some places where it was taped and

19   other where I don't know whether it was -- what the

20   insulating material was.

21                  Can you tell me what insulating material

126

1    was around this bundle?

2        A    I believe that this was a plastic conduit

3    of some sort, the remnants of it still exist.

4        Q    Well, the picture as we see in figure two,

5    is that undisturbed, those wires undisturbed that's

6    exactly how they looked when they were taken off the

7    vehicle?

8        A    I think you've asked me that several

9    times, and I told you as I sit here I can't tell you

10   that for sure one way or the other.

11       Q    Okay.  Well, I guess my question is what I

12   had in mind is whether or not somebody tried to move

13   to get a better inspection of the wires so that these

14   do not really represent the way they were at the time

15   they were first taken off the vehicle, that there's

16   been some -- either a conduit has been peeled back or

17   the wires have been moved somewhat.

18       A    No, I believe that that's indicative of

19   the condition that they were found in in the vehicle

20   that shows the bubbling of multiple insulations.

21   That's why you get this sort of menagerie of colors in

1     Q     Were you able to determine what wires are

2  specifically involved in the bubbling for figure

3  three?

4     A     Specifically identified the wires in what

5  way?

6     Q     Well, what circuits they're in, start with

7  that.

8     A     No, I don't think so.

9     Q     Do you know what circuits or what

10  components they served?

11     A     I mean we have a range of components that

12  they served based on the electrical diagrams, but we

13  didn't go into this wire and try and find out

14  specifically what wires went to what.  I think that

15  that would have been a lost cause.

16     Q     So you weren't able to identify any of the

17  wires that were bubbling in figure three to the HVAC,

18  for example.

19     A     Again that's why we were not able to

20  identify a specific component or components that were

21  involved.

1    before, I think that it is right there at the edge,

2    maybe you or the people from Dodge define that area

3    differently than I do, but it's clearly these

4    components are right at the interface between what I

5    would call the front of the dash and the back of the

6    engine compartment.

7         And there are penetrations through there

8    and in the damaged condition of the fire to be able to

9    say for sure whether something was actually started in

10   and was in what somebody might call the engine

11   compartment versus the passenger compartment, our

12   analysis I think speaks for itself in this report.

13   BY MR. HOURIHAN:

14       Q    Well, I'm just trying to identify.  Your

15   report doesn't say exactly where it was, it just says

16   the area of the main branch of the wiring harness.

17            I'm trying to determine with respect to

18   the firewall is this reference to a main branch of the

19   wiring harness on the engine side or the passenger

20   side of the firewall?

21       A    I think we've been down this path before.

142

1   The harness comes across under the dash and in the

2   area of most fire damage, which was on the right side,

3   looking for it on the vehicle it would be considered

4   the passenger side, in the engine compartment there

5   are components there, the harness comes in there.

6           Now, that is a porous wall, it's not a

7   solid wall that has no holes in it.  And it is right

8   in that area where the heaviest damage is and where we

9   put the origin of the fire.

10      Q     Okay.  But that's not my question, Doctor.

11  I want to know whether or not the wiring harness

12  that's referred to here is on the engine side of the

13  firewall or on the passenger side?

14          MR. BACON:  Objection.

15          THE WITNESS:  I can't answer the question

16  any better than I've already answered it for you about

17  five times now.

18  BY MR. HOURIHAN:

19      Q     Well, let's talk about the experiment that

20  was run here and which has served as the basis of your

21  conclusions as to the origin of the fire.

1   wire or could it be somewhere else in the immediate

2   vicinity?

3        A     It could be somewhere else in the

4   immediate vicinity.

5        Q     All right.  And tell me then how if we're

6   talking about a component rather than the wire that

7   was the actual origin of the fire, according to your

8   scenario, then once the gas ignited the wire would

9   continue to serve as the source of gas that would

10  continue to be directed toward the component.

11       A     The combustible insulation, certainly.

12       Q     Okay.  The wires that were being used in

13  the Chrysler vehicle, what was the burning point and

14  the flash point for those materials, the insulation?

15       A     I don't believe that you would describe

16  those solid materials as having a flash point.  A

17  flash point is a measure that's used for liquids.

18       Q     Okay.  Well, what was the temperature at

19  which it would burn?

20       A     Typically for the kinds of materials, the

21  plastics that are involved in this you get spontaneous

182

1   ignition temperatures that are in the -- my

2   recollection is 5 to 700 degree Fahrenheit range.

3        Q      What about the -- you're talking about the

4   insulation.

5        A      Yes.

6        Q      All right.  And what about as far as the

7   plastic components?

8        A      That would be similar.  Let me make sure

9   we're not talking past each other.

10        These kinds of materials do not burn in

11   the solid phase, that is you don't actually have the

12   plastic itself burning typically.

13        That typically what happens in these kinds

14   of materials, plastic materials and, in fact, in most

15   materials is you heat them up and actually gasify

16   them, as they break down and put off gas molecules of

17   what was once a solid, that mixes with air and it's

18   that that burns.

19        It's kind of like if you've ever watched a

20   log in a fireplace it's actually, except for where you

21   see some glowing combustion, actually most of the