1

```
                UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF MARYLAND

                       Northern Division


DARRELL M. GROSS

            Plaintiff                      Case No.:

     Vs.                                   MJG 01CV3203

DAIMLERCHRYSLER CORPORATION,

et al.

            Defendants


_____/

           The continued deposition of DARRELL M.
GROSS was held on Thursday, January 9, 2003,
commencing at 1:10 P.M., at the Law Offices of Bacon,
Thorton & Palmer, 6411 Ivy Lane, Suite 706, Greenbelt,
Maryland 20770, before Heather L. Bjork, a Notary
Public.



REPORTED BY:  Heather L. Bjork
```

```
 1   back -- you know, from my neck down to the lower back.
 2        Q    Do you know the date that you're going to
 3   have the surgery on your hand?
 4        A    No, I don't.  That's not set yet.
 5        Q    Do you have pain anywhere else?
 6        A    No, I don't.
 7        Q    When I took your deposition on the 21st of
 8   February last year, I asked you some questions,
 9   particularly beginning with page thirty-six, about the
10   owner's manual --
11        A    Right.
12        Q    -- and the operator's manual, which you
13   said came with the car, correct?
14        A    Yes.
15        Q    And you also said that when I asked you
16   whether you ever looked at it -- this is on page
17   thirty-seven of your deposition.  You said yes, I
18   looked at it just to figure out a couple of things I
19   didn't know how to work.  And I said so when you were
20   having a problem or couldn't figure something out you
21   would go out to get the manual.  And you said right.
```

```
 1  Do you remember saying that?
 2       A     Yes.
 3       Q     So the only times that you would look at
 4  your manual were these few times when you had a
 5  problem figuring how something worked, correct?
 6             MR. BACON:  Objection.  Go ahead.
 7             THE WITNESS:  Yes.
 8       Q     And you also said on your deposition that
 9  from the time of the fire to the time I took your
10  deposition in February of last year you had never
11  looked at the manual again.  Is that correct?  You had
12  not seen the manual from the time of the fire until
13  the time I took your deposition?
14       A     Right.
15       Q     Have you seen the manual since the time I
16  took your deposition?
17       A     No, I haven't.
18       Q     Do you know where the manual is that came
19  out of your car?
20       A     I guess my lawyer have it.
21             MR. HOURIHAN:  I have a -- I guess I can
```

1  mark it.

2            MR. BACON:  I have the original if you

3  want to mark it.

4            MR. HOURIHAN:  That will be fine.

5            (Gross Deposition Exhibit Number 1 was

6  marked for purposes of identification.)

7       Q    Mr. Gross, I'm going to hand you the

8  owner's manual, which apparently came out of your car,

9  that we were talking about.  I, specifically, would

10 like to know if on the back page of Exhibit Number 1

11 -- actually we'll call it the second.  There is a

12 cover inside the cover.  There's a paragraph called

13 warnings and cautions.  Had you ever read that portion

14 of the manual?

15      A    Yes.

16      Q    When did you read it?

17      A    It was -- it's been a while back.  You

18 know, when I first got the car.  You know how any man

19 -- I mean, all the guys normally will breeze over

20 anything because, you know, how guys is more into cars

21 than women are.  So you really would like to know

1  everything about your first new vehicle.
2      Q    As I said, when I asked you on the
3  deposition earlier whether or not you looked at that
4  manual, you said you only looked at it for a couple of
5  problems.
6      A    Right.  I'm saying but you always skim
7  through the book, I mean, you know, just to read up on
8  a few things.
9      Q    What things did you read up on?
10     A    I just read about the, you know, like, the
11 seat belts and the cautions.
12     Q    Which cautions?
13     A    I'm saying like the -- I'm saying it's
14 mainly, like, the seat-belt area.
15     Q    The seat belts were something you were
16 concerned about?
17     A    Right.
18     Q    Let me have that again, please.  With
19 respect to this particular warning, you do recall
20 reading it?
21     A    Yes.

| | | |
|---|---|---|
| 1 | Q | At the time you got the car? |
| 2 | A | Yes. |
| 3 | Q | Could you just take a quick look at that |

4 and tell me, if you could, what areas of the manual

5 you looked at or you were concerned about?

6     A    You said can I look at it and tell you?

7     Q    Yes.

8     A    In case of emergencies, the maintenance,

9 starting and operating the engine.

10     Q    You looked at these when you were -- you

11 were having problems?

12     A    No. I'm saying this is, like, when I

13 first got the car. You know how when you just be

14 sitting in your car and you trying to figure

15 everything out and you just be breezing through the

16 manual.

17     Q    Let me have that back again, please.

18 There is what's marked as page two of the manual

19 called driving and alcohol. Did you read that when

20 you went through it?

21     A    I breezed over that.

```
 1      Q      When you breezed over it, did you read it?
 2      A      Yes.
 3      Q      Did you read the warning?
 4      A      Right.
 5      Q      Can I have it back?  When you say you
 6  breezed over it, you just took it like that and let
 7  the pages go on your thumb or did you --
 8      A      You know how you skim through something?
 9  You know, like, when it says the cautions about
10  drinking and driving, now anybody with common sense
11  already know that that's a no-no right there anyway.
12  So you basically got common sense about stuff like
13  that.
14      Q      So you didn't focus on that.  You knew it
15  was there and you went on?
16      A      Right.  I already knew about that.
17      Q      You said you looked at -- you looked at
18  the belt section.  Is that correct?
19      A      Yes.
20      Q      So this area here, number one, where they
21  talk about belts down in here --
```

```
 1         A      Right.

 2         Q      You looked through that?

 3         A      Yes.

 4         Q      Did you breeze through it or did you read

 5   it?

 6         A      I mainly breezed through it.

 7         Q      Now, two.  This is -- did you look at

 8   that, at anything in there?

 9                MR. BACON:  Are you asking him if he

10   looked at anything in the section of starting and

11   operating?

12                MR. HOURIHAN:  Yes.

13                THE WITNESS:  Yes.  I mainly, like, looked

14   over the, you know, the whole thing.  You know what

15   I'm saying, you know, to figure out how to work

16   everything in the car properly.  You know how you just

17   -- you know -- you know what I'm saying.  If you're

18   not sure of something, you just open the book and skim

19   through it and say okay, that's how you work that, you

20   know.

21         Q      Do you -- turn to the next page, the
```

```
 1   caution on the left hand --
 2              MR. BACON:  The top of forty-six?
 3       Q      Car starting procedures.
 4       A      Yes.
 5       Q      You read that?
 6       A      Yes.
 7       Q      Were you aware that idling especially at
 8   high engine speeds could cause excessive exhaust
 9   temperatures which could damage your vehicle?  You
10   were aware of that?
11       A      Yes.
12       Q      Let me have the book, please.  Were you
13   aware of this at the time you bought the car?
14       A      Yes.
15       Q      How often did you look at the manual
16   between the time you bought the car and the time of
17   the fire?
18       A      Say, quite a few times I looked at it.
19       Q      Do you have any recollection of
20   particularly what you looked at?
21       A      I just told you that.  I just skimmed
```

```
 1   over, like, certain parts of the book.
 2        Q     I know you said the first time when you
 3   sat down and got the car you skimmed over the book.
 4   I'm asking after that process.
 5        A     Oh, yeah.  I would, like, just breeze
 6   through it.  Like, if I had time or something, I would
 7   just sit there and go through it.  I was, like,
 8   curious about, you know.
 9        Q     Why didn't you tell me that when I asked
10   you on your deposition when you used it, this manual?
11        A     What did I say on the last one?
12        Q     I said did you ever look at it.  And you
13   said yes, I looked at it just to figure out a couple
14   of things that I didn't know how to work.  The
15   question was so when you were having a problem or
16   couldn't figure out you would go to the manual.
17   Right.  That's what you said.  Now you're telling me
18   that you skimmed through the whole manual rather than
19   just looking at it when you had a couple of problems.
20             MR. BACON:  I'm going to object to your
21   characterization.
```