

DEPOSITION OF ROBERT B. BANTA
TAKEN ON SEPTEMBER 19, 2002

Page 1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
 2                    Northern Division
 3   - - - - - - - - - - - - - - - - - x
     DARRELL M. GROSS                   :
 4                                      :
                                        :
 5                   Plaintiff,         :
                                        :
 6              VS.                     :   Case No.:
                                        :   MJG 01CV3203
 7                                      :
     DAIMLERCHRYSLER CORPORATION,       :
 8   et al.                             :
                                        :
 9                   Defendants.        :
     - - - - - - - - - - - - - - - - - x
10
                              Washington, D.C.
11                            Thursday, September 19, 2002
12   The deposition of
13           ROBERT D. BANTA called for examination
14   by counsel, pursuant to notice, held at the
15   offices of Hogan & Hartson, L.L.P., 555 Thirteenth
16   Street, N.W., Washington, D.C. 20004, commencing
17   at  0:30 a.m., before Steven Poulakos, Stenotype
18   Reporter and Notary Public in and for the District
19   of Columbia, were present on behalf of the
20   respective parties:
21
```

DEPOSITION OF ROBERT B. BANTA
TAKEN ON SEPTEMBER 19, 2002

Page 90

1    manifold was the ignition method, but the manifold
2    is not solely the cause of the fire.  The manifold
3    did not burst into flames.
4         Q    Exactly, but it wouldn't change your
5    opinion then that the ignition method was heat
6    from the exhaust manifold?
7         A    That's right.
8         Q    Okay.
9              So, is it your opinion that the origin
10   of this fire was in the right side of the engine
11   in the location of the right exhaust manifold?
12        A    Can I see my report?
13        Q    You don't have your report?
14        A    You have my report.
15             I said, this fire origin was in the
16   area of the right exhaust manifold at its forward
17   portion.
18        Q    What are you reading from?
19        A    From my rule 26 report, the last page,
20   page 5.
21        Q    Forward portion meaning towards the

DEPOSITION OF ROBERT B. BANTA
TAKEN ON SEPTEMBER 19, 2002

Page 95

1  a controller, a human control on the engine, rises

2  to the top as a suspect candidate.

3           Then when you combine that with burn

4  pattern analysis it indicates that the fire

5  started at the right exhaust panel manifold, the

6  evidence starts to weigh heavily that something

7  happened at that manifold, that at least at the

8  manifold as an ignition method.

9           Unfortunately, I can't go any further

10 than that because I wasn't there when all of this

11 stuff was disassembled and taken apart, and it's

12 likely that we've lost forever the ability to

13 understand what happened to that manifold.

14      Q    All right.

15           You, based on your analysis, you agree

16 though that there's no evidence here that the fuel

17 system malfunctioned, correct?

18      A    The gasoline fuel system?

19      Q    Yes.

20      A    I agree with that.

21      Q    And that from what you could determine

DEPOSITION OF ROBERT B. BANTA
TAKEN ON SEPTEMBER 19, 2002

Page 112

1   material.

2       Q     Are you familiar with the ignition

3   temperatures of various solid fuels in motor

4   vehicles by material?

5       A     Could you do that again.

6       Q     Are you familiar with the ignition

7   temperature of various solid fuels in motor

8   vehicle fires by material?

9       A     There are no solid fluids.

10      Q     Solid fuels.

11      A     Solid materials that are capable of

12  combustion?

13      Q     Yes. I'm asking if you're familiar

14  with their various ignition temperatures by

15  material?

16      A     Yes.

17      Q     Do you have an opinion as to how far

18  the -- strike that.

19            Would a fire occurring in the scenario

20  such as you opine leave behind any, what I would

21  call, tell-tail evidence in the engine itself.