Writer's Direct Dial:
(202) 637-3667

September 3, 2003

*BY E-FILING*

The Honorable Andre M. Davis
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201

    Re:    Gross v. DaimlerChrysler Corp.

Dear Judge Davis:

    I am writing in response to your letter of August 25, 2003.  I have consulted with Mr. Bacon, and both parties are available for a hearing on the afternoon of September 16.  We estimate that each side will require at least an hour for its presentation.

    We look forward to meeting with you then.  Please let me know if I can be of any further assistance.

    Sincerely,

    Margaret E. DiPentima

cc:    Edward C. Bacon, Esq.
        James A. Hourihan, Esq.