```
 1   on her thesis committee.
 2       Q     Okay.  Was she working here in January of
 3   2001 when you got the call from Mr. Bacon?
 4       A     Yes, she was a full-time employee.
 5       Q     And how long has she worked for you?
 6       A     I believe about two and a half, three
 7   years.
 8       Q     When did she do this research that you
 9   referred to?
10       A     It's ongoing.
11       Q     All right.  There is a paper that's cited
12   in the notes to your report that she and your names
13   appear on it.  It says 2001, I think, is the date.
14             When was that actually published?
15       A     That paper is actually in press.  It has
16   not been published yet.
17       Q     It has not been published yet.
18       A     That is correct.
19       Q     When was the research done that you and
20   your company are relying on to say that you concluded
21   that this overcharge or overcurrent can result in
```

1   bubbling of the insulation?  Was any of that work done
2   prior to your being retained in this case?
3        A    Yes.  All of that work, with the exception
4   of the specific test that we did to basically create a
5   wiring harness bundle and look specifically at that,
6   was done prior to our involvement in this case.
7        Q    All right.
8        A    Is my recollection.
9        Q    Had any draft of the paper which is
10  referred to in the notes, had any draft been created
11  prior to the time that you received the call from Mr.
12  Bacon?
13       A    I think so, I'm not 100 percent sure.
14  There were actually two parts to this.  Jamie did one
15  piece that was used as a class project for a research
16  class as part of her Master's degree.
17            And the following work that she's doing is
18  actually part of her thesis work, and I believe that
19  she had actually written a report for that class I'm
20  pretty sure before Mr. Bacon ever contacted us on this
21  case.

1    picture would be toward the ground as opposed to the
2    ceiling.
3         A    As I sit here I don't recall.  Again
4    that's documented in the evidence that we've provided
5    to you.
6         Q    Would you expect that if this part of the
7    harness was facing upward to the upper part of the
8    vehicle, the roof, would you expect this material to
9    come down, drip down the side as opposed to sticking
10   up the way it has?
11        A    Well, we've seen when it bubbles, again,
12   the primary driving force for the bubble is the gas
13   that's being generated under there which can overcome
14   gravity.  So it is possible to have bubbles up as well
15   as bubbles down.  This is not necessarily a gravity-
16   driven phenomenon.
17        Q    How many wires are bubbling here, have you
18   made a determination of that?
19        A    No, but you can see that there are
20   certainly insulation from a number of different wires
21   represented by the variation in the color.

```
 1        Q    Were you able to determine what wires are
 2   specifically involved in the bubbling for figure
 3   three?
 4        A    Specifically identified the wires in what
 5   way?
 6        Q    Well, what circuits they're in, start with
 7   that.
 8        A    No, I don't think so.
 9        Q    Do you know what circuits or what
10   components they served?
11        A    I mean we have a range of components that
12   they served based on the electrical diagrams, but we
13   didn't go into this wire and try and find out
14   specifically what wires went to what.  I think that
15   that would have been a lost cause.
16        Q    So you weren't able to identify any of the
17   wires that were bubbling in figure three to the HVAC,
18   for example.
19        A    Again that's why we were not able to
20   identify a specific component or components that were
21   involved.
```

1  wire or could it be somewhere else in the immediate
2  vicinity?
3       A    It could be somewhere else in the
4  immediate vicinity.
5       Q    All right.  And tell me then how if we're
6  talking about a component rather than the wire that
7  was the actual origin of the fire, according to your
8  scenario, then once the gas ignited the wire would
9  continue to serve as the source of gas that would
10 continue to be directed toward the component.
11      A    The combustible insulation, certainly.
12      Q    Okay.  The wires that were being used in
13 the Chrysler vehicle, what was the burning point and
14 the flash point for those materials, the insulation?
15      A    I don't believe that you would describe
16 those solid materials as having a flash point.  A
17 flash point is a measure that's used for liquids.
18      Q    Okay.  Well, what was the temperature at
19 which it would burn?
20      A    Typically for the kinds of materials, the
21 plastics that are involved in this you get spontaneous

```
 1   ignition temperatures that are in the -- my

 2   recollection is 5 to 700 degree Fahrenheit range.

 3        Q    What about the -- you're talking about the

 4   insulation.

 5        A    Yes.

 6        Q    All right.  And what about as far as the

 7   plastic components?

 8        A    That would be similar.  Let me make sure

 9   we're not talking past each other.

10             These kinds of materials do not burn in

11   the solid phase, that is you don't actually have the

12   plastic itself burning typically.

13             That typically what happens in these kinds

14   of materials, plastic materials and, in fact, in most

15   materials is you heat them up and actually gasify

16   them, as they break down and put off gas molecules of

17   what was once a solid, that mixes with air and it's

18   that that burns.

19             It's kind of like if you've ever watched a

20   log in a fireplace it's actually, except for where you

21   see some glowing combustion, actually most of the
```