IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

DARRELL M. GROSS            :
                            :
                            :
       Plaintiff            :
                            :
v.                          :     Civil:  MJG – 01-3203
                            :
DAIMLER CHRYSLER CORPORATION, et. al. :
                            :
                            :
       Defendants           :
                         **LINE**

To The Clerk:

Please docket the attached correspondence dated September 18, 2003 and all attachments thereto as a supplement to the record in support of the Opposition of Plaintiff to Defendant's Motion for Summary Judgment.

                          BACON, THORNTON & PALMER, L.L.P.

                          */s/ Edward C. Bacon*
                          Edward C. Bacon #01256
                          Capital Office Park
                          6411 Ivy Lane, Suite 706
                          Greenbelt, Maryland  20770-1411
                          (301) 345-7001

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 706
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of September, 2003, that a copy of the foregoing **Line,** was mailed, postage prepaid, first class to:

James A. Hourihan
Margaret E. DiPentima
Hogan & Hartson, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Attorneys for Defendant DaimlerChrysler Corporation
And DaimlerChrysler Motors Corporation

By: _____
   Edward C. Bacon

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 706
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075