BACON, THORNTON & PALMER, L.L.P.

CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 706
GREENBELT, MARYLAND 20770-1411
(301) 345-7001
FAX (301) 345-7075
www.lawbtp.com

EDWARD C. BACON (MD, DC, FL)
PATRICIA M. THORNTON (MD, DC)
MARK D. PALMER (MD, DC)

JEANNIE PITTILLO KAUFFMAN (MD, DC)
JARED M. McCARTHY (MD)
J. SEAN HENSLEY (MD)

E-MAIL
ebacon@lawbtp.com
pthornton@lawbtp.com
mpalmer@lawbtp.com
jkauffman@lawbtp.com
jmccarthy@lawbtp.com
shensley@lawbtp.com

September 18, 2003

*Via facsimile (410) 962-0820*

The Honorable Andre M. Davis
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Re:    *Darrell M. Gross v. Daimler Chrysler Corporation*
       *Civil No. AMD-01-3203*

Dear Judge Davis:

At the hearing conducted on September 16, 2003, defense counsel represented to the Court that Plaintiff's expert witness, Richard J. Roby, P.E., did not know the ignition temperature of the wiring harness insulation material. You inquired of me as to whether this was true, and I responded that I could not recall the exact testimony, and could not locate that portion of the deposition testimony in the record before the court.

As I advised I would do on the record, I have now had an opportunity to review Dr. Roby's testimony on this issue. So far as I can tell from reviewing the Appendices, the portion of Dr. Roby's testimony wherein this issue was discussed was not part of the record submitted by either party in connection with the pending motions.

I have attached for your review pages 177 through 185 of Dr. Roby's testimony, wherein the issue was addressed, and answered by Dr. Roby.

I have also attached pages 193-197 in which Dr. Roby expressed his opinion of the existence of a defect in the original manufactured electrical system, which is further explained in his Report and Declaration (Pltf. Exhibits 1 and 3).

September 18, 2003
Page 2
Letter to The Honorable Andre M. Davis
*Darrell M. Gross v. Daimler Chrysler Corporation, et al.*
*Civil No. AMD-01-3203*

Very truly yours,

Edward C. Bacon

cc:
*VIA FACSIMILE 202-637-5910*
James A. Hourihan, Esquire
Hogan & Hartson, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004