```
 1   to fire.
 2        Q    So you've never produced a fire with
 3   overcurrent; is that correct?
 4        A    Oh, produced a fire with overcurrent many,
 5   many times.
 6        Q    Well, where are the pictures of that?  I
 7   mean on the wire where the wire bubbled and then went
 8   to fire.
 9        A    Absolutely.
10        Q    Good.  Do you have pictures of that?
11        A    They're in the report that we've already
12   talked about previously.
13        Q    Where?  Here, show me.
14        A    No, I'm sorry, the paper report from --
15        Q    Oh, the other report.
16        A    Yes.
17        Q    All right.  And at what level of
18   overcurrent was inputted until a fire occurred?
19        A    I believe we've already talked about that.
20   Typically, they are two or three times the rated --
21        Q    I thought two to three times is what
```

1    produced the bubbling, does it also produce --

2        A    Well, it produces bubbling and if you let

3    it continue typically the bubbling -- the bubbling is

4    indicative of the insulation melting and starting to

5    gasify.

6        In fact, it's as you convert it from a

7    solid to a liquid to a gas, the gas is actually what

8    blows the bubble and once you do that you've now got

9    flammable vapors and if you get any kind -- if either

10   the wire itself is hot enough you can get a hot

11   surface ignition, or if you start to get any kind of

12   arcing through the char or across that becomes an

13   ignition source and then you get open flaming.

14       Q    It's the gas you said that's igniting,

15   correct?

16       A    Sure. Virtually, except in cases of

17   smoldering combustion, it's always the gas phase that

18   burns.

19       Q    Okay. Let's just look at figure three.

20   That hasn't reached a point where the gas is erupt,

21   has it and was to the open air?

1  A   In that case I don't believe so. I think
2  that bubble was pretty well contained. There may have
3  been one or two small holes in it.
4  Q   Now, if, in fact, gas is released how much
5  gas would be released by these various bubbles that
6  you're talking about?
7  A   I'd have to do a calculation but it's
8  significant. I mean typically the change in density
9  from solid phase to gas phase is usually a factor of a
10 couple hundred to a thousand.
11        So, you know, in terms of volume if you
12 took all that insulation wire as a solid phase and
13 then turned it into a gas phase, you know, it would be
14 significant.
15 Q   Well, give me an amount based upon the
16 wire let's just say in figure one if that wire reached
17 the point where it gasified, where you have the bubble
18 and I assume that's where it would occur, wouldn't it,
19 where the bubble is?
20 A   Typically that's where you would see the
21 strongest gas but it's not always where the ignition

```
 1   occurs because the bubble may be where the gas is
 2   released, a hot spot on the wire or an arc may
 3   actually be a little bit to one side or the other of
 4   that that actually provides the ignition for the gas.
 5        Q    But the gas when it's released it's gone,
 6   it's not like a gas well that keeps supplying.
 7        A    Absolutely it is.
 8        Q    It keeps supplying.
 9        A    Well, until all of the material is gone it
10   most certainly does.  That's exactly what happens in a
11   fire.
12             If you start this table on fire the flames
13   on the table radiate back to the table which causes
14   the further material on the table to continue to
15   gasify, that burns in the gas phase, provides heat
16   feedback back and continues to do that and it will do
17   that until all the material is consumed.
18        Q    Well, if there is gas that is created by
19   this overcurrent where the bubble is and then the
20   bubble bursts with the gas being released, say that
21   there is an ignition, is that ignition right on the
```

1   wire or could it be somewhere else in the immediate
2   vicinity?
3       A   It could be somewhere else in the
4   immediate vicinity.
5       Q   All right. And tell me then how if we're
6   talking about a component rather than the wire that
7   was the actual origin of the fire, according to your
8   scenario, then once the gas ignited the wire would
9   continue to serve as the source of gas that would
10  continue to be directed toward the component.
11      A   The combustible insulation, certainly.
12      Q   Okay. The wires that were being used in
13  the Chrysler vehicle, what was the burning point and
14  the flash point for those materials, the insulation?
15      A   I don't believe that you would describe
16  those solid materials as having a flash point. A
17  flash point is a measure that's used for liquids.
18      Q   Okay. Well, what was the temperature at
19  which it would burn?
20      A   Typically for the kinds of materials, the
21  plastics that are involved in this you get spontaneous

```
 1   ignition temperatures that are in the -- my
 2   recollection is 5 to 700 degree Fahrenheit range.
 3       Q    What about the -- you're talking about the
 4   insulation.
 5       A    Yes.
 6       Q    All right.  And what about as far as the
 7   plastic components?
 8       A    That would be similar.  Let me make sure
 9   we're not talking past each other.
10            These kinds of materials do not burn in
11   the solid phase, that is you don't actually have the
12   plastic itself burning typically.
13            That typically what happens in these kinds
14   of materials, plastic materials and, in fact, in most
15   materials is you heat them up and actually gasify
16   them, as they break down and put off gas molecules of
17   what was once a solid, that mixes with air and it's
18   that that burns.
19            It's kind of like if you've ever watched a
20   log in a fireplace it's actually, except for where you
21   see some glowing combustion, actually most of the
```

1  flame is hovering just above the log where the gases
2  that are being generated as the log breaks down mixed
3  with air, that's actually what burns. And that's what
4  happens with all of these kinds of plastics.
5      Q    All right. Looking at figure two --
6      A    Yes.
7      Q    -- do you see any evidence where this
8  gaseous state took place as far as figure two was
9  concerned?
10     A    Certainly, that's what caused all the
11 bubbling.
12     Q    Okay.
13     A    The gasification.
14     Q    Can you tell whether or not it actually
15 escaped from the wiring itself, the insulation or
16 whether it was still -- the gas was still being held
17 within the insulation?
18     A    In that particular picture as I look at it
19 I can't tell whether they are actually small pores
20 that would have allowed it to escape.
21          At some point, like blowing a bubble with