1  bubble gum, you get it big enough it will burst.
2      Q    All right.  And you have the wires that
3  were used which are depicted in figures four and five.
4      A    Yes.
5      Q    And you also have the wires which you say
6  where you were able to cause the insulation to burn.
7      A    Yes.
8      Q    When the insulation burned, for example,
9  if in figure four the insulation started to burn, does
10 it then burn down both sides of the wire?
11     A    In cases where it burns like most fires it
12 depends on the ventilation and on where the best
13 heating is and how the flame stands as to where -- how
14 the flame starts to spread.  Now we're getting into
15 flame spread issues.
16          So what happens is the flame itself when
17 you start this process it's the overheated wire that's
18 providing the energy to melt and then gasify the fuel.
19          Once you actually get a flame for a
20 self-sustaining fire the flame itself actually
21 provides enough heat to continue that process.  So, in

```
 1   fact, after the fire starts the fuse can trip but the
 2   fire doesn't go out.
 3       Q    Have you been able to demonstrate that in
 4   your experiment?
 5       A    Yes.
 6       Q    Do you have videos of that?
 7       A    I believe we probably do have videos of
 8   that. We certainty have still photos, and I think
 9   some of those are in the report.
10       Q    You believe that as far as figure five is
11   concerned that these are various cables that are just
12   put next to each other to demonstrate the difference
13   between where overcurrent existed in bubbling as
14   opposed to one that was not subject to the
15   overcurrent.
16       A    That's my recollection.
17       Q    What was the extent of your involvement in
18   Jamie's experiments? And I think you said you were on
19   the committee or --
20       A    Yeah, I'm basically the research director
21   for that work. I actually was the one who conceived
```

1  electrician-type tape actually melted itself and
2  pulled back.
3      Q    All right.  What about on five?
4      A    On five I don't remember.
5           THE WITNESS:  We've been going about an
6  hour, would you like to take a break?
7           MR. HOURIHAN:  Sure, we can take a break.
8  Yeah.
9           (A recess was taken from 2:34 p.m. until
10 2:49 p.m.)
11 BY MR. HOURIHAN:
12     Q    Doctor, page 9 of the report, this is your
13 opinions.
14     A    Yes, sir.
15     Q    It says in our opinion this fire was the
16 result of a defect in the original equipment
17 electrical system of the vehicle.
18          First of all, what is your definition of a
19 defect when you use that term?
20     A    In this case there was a defect in the
21 sense that the original equipment electrical system

1  caused a fire to occur as a result of, in our opinion,

2  an overcurrent that was not properly protected by the

3  normal protection system, which in this case, the

4  fuses.

5      Q   All right. And your assumption is that

6  this vehicle came equipped, everything that was on

7  that vehicle was the original equipment as far as the

8  electrical system was concerned.

9          MR. BACON: Objection.

10         THE WITNESS: It is our understanding that

11 at no time after the manufacture of this vehicle was

12 the wiring harness or any of those components ever

13 replaced or repaired in this vehicle.

14 BY MR. HOURIHAN:

15     Q   Well, you say at the bottom of page 8 that

16 the review of the electrical systems installed in the

17 car at the time of the fire and a discussion with Mr.

18 Gross also led to the conclusion that no unusual

19 nonstandard or after market electrical components were

20 added to the vehicle by Mr. Gross or at his direction.

21     A   Correct.

1   Q   That's the assumption you're making, correct?

Does that assumption include that there were no nonstandard or after market electrical components in the vehicle?

A   Well, I take issue with the fact that that's an assumption. That's a statement of fact, and I stand by that statement of fact.

The only piece of equipment that has been identified to date that I'm aware of that was after factory installed was the CD player but it is my understanding, and I believe it is a fact based on all the evidence that I've reviewed but the record will ultimately speak for itself, that that was not installed by Mr. Gross or at his direction and it was in the vehicle when he purchased it.

Q   Well, if it was installed by somebody other than Mr. Gross and was done in a manner that created a short circuit which was manifested by -- well, just say a short circuit, would that be a defect in the electrical system?

1    A    Well, I don't think we have that scenario

2  here because strangely enough the one component that

3  did seem to work pretty regularly was, in fact, the CD

4  player.  And it was working up until the time that Mr.

5  Gross dozed off and was caught in this fire.

6         And I believe one of your people examined

7  the player afterwards and found out that, in fact,

8  there was a CD in the CD player.

9         MR. HOURIHAN:  Could you read it back,

10  that wasn't my question.

11        (Record read by the reporter.)

12        THE WITNESS:  Are you asking me

13  hypothetically based on the fact that there's no

14  evidence that there was any short circuit in the CD

15  player?

16  BY MR. HOURIHAN:

17   Q    Right, I asked you hypothetically, that's

18  correct.

19   A    Okay.  Hypothetically if the CD player

20  were installed in a way that would cause a short

21  circuit it could, in fact, cause an overcurrent and a

1  fire, hypothetically. There was no evidence of that

2  in this case.

3      Q   Okay. Let me just turn to the cover sheet

4  on the report.

5      A   Sure.

6      Q   Your four signatures.

7      A   Correct.

8      Q   Is there any responsibility or

9  distribution of work, let me put it that way, for the

10 various people who have signed? For example, Chris is

11 the senior engineer, what was his role?

12     A   Chris had primary responsibility for the

13 field investigation assisted by Jamie and Andy Lynch.

14     Q   And as technical director you had the

15 overall responsibility as an officer of the company or

16 just what was your role?

17     A   No, this was, in fact, one of my projects.

18 So in this case I was not acting just as technical

19 director but actually as project manager.

20         So I was ultimately responsibility for the

21 project, for the conclusions, for the report, for