## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| DARRELL M. GROSS : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil:  AMD – 01-3203 |
| : | |
| DAIMLER CHRYSLER CORPORATION, et. al. : | |
| : | |
| Defendants : | |

## NOTICE OF APPEAL

Notice is hereby given that Darrell M. Gross, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit.  The Order entered in this case on September 29, 2003 granting Defendant's Motion for Summary Judgment and entering judgment in favor of the Defendant against Plaintiff, and granting Defendants' Motion to Exclude Opinion Testimony in part.

 10/15/03_____ By: _____
Date                                                           Edward C. Bacon #01256
                                                                    Jeannie Pittillo Kauffman #14600
                                                                    Capital Office Park
                                                                    6411 Ivy Lane, Suite 706
                                                                    Greenbelt, MD  20770-1411
                                                                    (301) 345-7001
                                                                    Attorneys for Plaintiff Darrell M. Gross

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the _____ day of October, 2003, a copy of the foregoing **Notice of Appeal** was mailed, postage prepaid, first class to:

James A. Hourihan
Margaret E. DiPentima
Hogan & Hartson, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Attorneys for Defendant DaimlerChrysler Corporation
And DaimlerChrysler Motors Corporation


                         By: _____
                                 Edward C. Bacon