IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DARRELL M. GROSS,
    Plaintiff

v.                              Civil No. AMD 01-3203

DAIMLERCHRYSLER CORP.,
    Defendant

...oOo...

ORDER

In accordance with the foregoing Memorandum Opinion, it is this 29th day of September, 2003, by the United States District Court for the District of Maryland, ORDERED

(1) That defendant's motion to exclude opinion testimony (Paper No. 30) is GRANTED IN PART AND DENIED IN PART; and it is further ORDERED

(2) That defendant's motions for dismissal or for sanctions (Paper Nos. 29-1 and 29-2 and 30) are DENIED WITHOUT PREJUDICE; and it is further ORDERED

(3) That defendant's motion for summary judgment (Paper No.28) is GRANTED AND JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFF; and it is further ORDERED

(4) That the Clerk shall CLOSE THIS CASE.

                                                  _____/s/_____
                                                  ANDRE M. DAVIS
                                                  UNITED STATES DISTRICT JUDGE