# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## TRANSCRIPT ORDER

READ INSTRUCTIONS ON PAGE TWO BEFORE COMPLETING

Case Style     Civil
District Ct. No. <u>1: O1-CV-03203AMD</u>    District  <u>U. S. District Court of Maryland Northern Division</u>
Date Notice of Appeal filed <u>10/15/03</u>    Ct. of Appeals No. <u>03-2287</u>
Name of Court Reporter/Electronic Rec. <u>Sharon Cook</u>
Address of Reporter <u>U.S. District Court of Maryland, Suite 7218, 101 West Lombard Street, Baltimore, Maryland 21201</u>

TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT - DO NOT SUBMIT FORM UNTIL FINANCIAL ARRANGEMENTS HAVE BEEN MADE WITH THE REPORTER. IF THIS COMPLETED FORM IS NOT MAILED TO THE COURT REPORTER AND A COPY FILED WITH THE DISTRICT COURT CLERK WITHIN TEN (10) DAYS AFTER FILING NOTICE OF APPEAL, THE APPEAL WILL BE SUBJECT TO DISMISSAL PURSUANT TO FOURTH CIRCUIT LOCAL RULE 45. ADDITIONAL COPIES OF THIS FORM MUST BE FILED WITH TWO COPIES OF APPELLANTS DOCKETING STATEMENT WITH THE CLERK OF THE COURT OF APPEALS WITHIN FOURTEEN DAYS OF FILING THE NOTICE OF APPEAL. A SEPARATE TRANSCRIPT ORDER MUST BE COMPLETED FOR EACH REPORTER FROM WHOM A TRANSCRIPT IS REQUESTED.

A. This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate total number of pages].

| PROCEEDING | HEARING DATE(S) |
|---|---|
| • Voir Dire | |
| • Opening Statement (Plaintiff) | |
| • Opening Statement (Defendant) | |
| • Closing Argument (Plaintiff) | |
| • Closing Argument (Defendant) | |
| • Opinion of Court | |
| • Jury Instructions | |
| • Sentencing | |
| • Bail Hearing | |
| • Pre-Trial Proceedings (specify) | |
| • Testimony (specify) | |
| XX Other (specify) | |
| Motion for Summary Judgment | September 16, 2003 |

TOTAL ESTIMATED PAGES 90

NOTE: FAILURE TO SPECIFY INADEQUATE DETAIL THOSE PROCEEDINGS

TO BE TRANSCRIBED IS GROUNDS FOR DISMISSAL OF AN APPEAL.
B. I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.

<u>XX</u>  Private funds. (Deposit of $ <u>420</u>, enclosed with court reporter's copy.
Check No. <u>3358</u>.)

•	Criminal Justice Act. A CJA Form 24 has been submitted to the district judge. (Attach a photocopy of the CJA 24 to the court of appeals' and reporter's copies.)
•	Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been submitted to the district judge.
•	Advance payment waived by court reporter.
•	Federal Public Defender - no CJA Form 24 necessary.

Signature <u>/s/ Jeannie Pittillo Kauffman</u>     Typed Name <u>Jeannie Pittillo Kauffman</u>
Address <u>Bacon, Thornton & Palmer, 6411 Ivy Lane, Suite 706, Greenbelt, Maryland 20770-1411</u>
Telephone No. <u>301-345-7001</u>  Date Mailed to Reporter <u>10/20/03</u>